### 7537.  JACKSON v. BRANCH.

WADE, C. J.  Considering the entire record, the trial court did not err in overruling the demurrer to the defendant's plea, and in thereafter directing a verdict in his behalf; and the judge of the superior court did not err in overruling the certiorari.

> *Judgment affirmed.  George and Luke, JJ., concur.*
> DECIDED JANUARY 23, 1917.

Certiorari; from Fulton superior court—Judge Pendleton.  May 17, 1916.

*Gober & Jackson,* for plaintiff.  *T. J. Lewis,* for defendant.